IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRAMETECH LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:23-CV-00452-JRG-RSP |
| CA, INC., | § § |
| *Defendants*. | § § § |

## ORDER

Before the Court is Plaintiff FrameTech LLC and Defendant CA, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. (**Dkt. No. 10**.) Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the December 4, 2023 scheduling conference is adjourned and all deadlines in the above-captioned case are **STAYED** for thirty (30) days from the date of this Order during which time appropriate dismissal papers are to be filed with the Court.

**SIGNED this 15th day of November, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE