IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FrameTech LLC,** | Case No. 2:23-cv-00452-JRG-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **CA, Inc.,** | |
| Defendant. | |

### Order Granting Plaintiff's Notice of Voluntary Dismissal With Prejudice

The request to dismiss this matter with prejudice is hereby GRANTED.