IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FRAMETECH LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:23-CV-00452-JRG-RSP |
| CA, INC., | § § |
| *Defendants*. | § § § § |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by FrameTech LLC ("Plaintiff"). (Dkt. No. **12**.) In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITH PREJUDICE. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITH PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 19th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE